1  BRACHFELD AND SHEPPARD
   Attorneys at Law
2  23586 Calabasas Rd #103
   Calabasas, CA 91302
3  818/222-2868

4  Attorneys for Plaintiff United States of America




UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 93A30267 |
| Plaintiff, | CONSENT JUDGMENT |
| vs. | |
| RUBY LEE THOMAS | |
| Defendant. | |

Plaintiff, United States of America, having filed its Complaint herein, and the defendant, RUBY LEE THOMAS, having consented to the making and entry of this Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto (28 U.S.C. Section 1345). The Complaint filed herein states a claim upon which relief can be granted.

2. The defendant hereby acknowledges and accepts service of the Complaint filed herein.

3. Defendant agrees to make payments to plaintiff in the amount of $100.00, or more, every two weeks, beginning July 15, 1993, and continuing thereafter until the debt is paid in full.

    4.   The defendant hereby agrees that upon default of this Consent Judgment, Plaintiff is to enter this Judgment in the amount of $1960.00 principal, plus interest in the sum of $889.27; plus $87.00 administrative charges; $48.00 costs, and $396.00 attorney's fees, less payments, if any received from defendant.

    5.   Under no circumstances, will the monthly payment rate be lower than $100.00.

    6.   Should defendant become ten (10) days or more delinquent in payments, in accordance with this Consent Judgment, plaintiff will enforce this judgment in accordance with the California Code of Civil Procedure for the full amount of the debt.

    7.   Lien(s) will be recorded with the applicable County Recorders wherein defendant resides or owns real property and that defendant shall bear the costs of these transactions.

    8.   When the amount of the consent judgment is liquidated, plaintiff shall prepare and file with the Clerk of the Court a Satisfaction of Judgment and provide defendant a Release of Lien Under Abstract of Judgment for defendant to record with the Applicable County Recorder.

    9.   This Consent Judgment will accrue interest at the legal rate from the date of entry until satisfied.

DATED:

JUL 2 9 1993

Clerk, U.S. District Court
Central District of California

By _____R. L. BYER_____ Deputy

BRACHFELD AND SHEPPARD

By: _____
MARTIN BRACHFELD
Attorney for Plaintiff

Ruby Thomas
(DEFENDANT'S NAME)

1928 S. Harvard Blvd #110
(DEFENDANT'S ADDRESS)

(213) 735-1661
(DEFENDANT'S TELEPHONE NO.)

DATED:                           LEONARD A. BROSNAN, CLERK
                                 United States District Court
                                 Assistant United States Attorney

                                 By:_____
                                    Deputy Clerk